```
JACK NEIL SWICKARD
LAW OFFICES OF JACK NEIL SWICKARD
4630 Campus Drive # 201
Newport Beach, CA  92660
(949) 261-0694
Fax (949) 261-0784                              OK/HAV
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: CR.S-03-62 DFL |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE DATE AND EXCLUDABLE TIME; (Proposed) ORDER |
| vs. | |
| JAVIER RAMOS ANAYA, | STATUS CONFERENCE DATE: June 23, 2005 |
| Defendant | TIME: 10:00 a.m. |

    Defendant Javier Ramos Anaya, by and through its counsel of record, Jack Neil Swickard, and plaintiff United State of America, by and through its counsel of record, Assistant United States Attorney Daniel Linhardt, hereby stipulate as follows:

    1.    Defendant Anaya made his last appearance on June 24, 2004.  In that appearance defendant and government requested and were granted a Status Conference date of September 2, 2004 at 10:00 a.m.  This appearance was thereafter changed by stipulation to October 7, 2004 at 10:00 a.m., and then December 1, 2004 and finally January 27, 2005.

- 1

1   2.   By this stipulation, defendant and government, request a
2        continuance of the Status Conference date from January 27, 2005
3        to June 23, 2005 at 10:00 a.m.
4   3.   The parties agree and stipulate, and request that the Court find
5        the following:
6        a.   Defendant has received discovery.
7        b.   Defendant requests that counsel be afforded additional time
8             to review the provided discovery; to inspect and copy the
9             material stored at the Office of the EDD in Long Beach,
10            California; to determine whether pre-trial motions are
11            appropriate; to determine whether this case will proceed to
12            trial or plea; and to adequately prepare for trial, taking
13            into account due diligence.
14       c.   Defendant's counsel further makes this request based upon
15            the recent demise of counsel's wife.  That he has only
16            recently finished with funeral and other family
17            considerations.  Further counsel has been occupied with
18            estate and personal issues relating to the death of his
19            spouse. Therefore, counsel requests a continuance until
20            June 23, 2005.
21       d.   Defense counsel represents that he has conferred with
22            defendant regarding this request for a continuance,
23            defendant understands his rights with regard to the Speedy
24            Trial Act, defendant is aware of the ramifications of
25            requesting a continuance, and defendant concurs in this
              request for a continuance.

- 2 -

      e.    The parties believe that failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Therefore, defendant requests this continuance, and the government does not oppose it.

      f.    Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act.

      g.    For purposes of computing time under the Speedy Trial Act, 18 U.S.C. Sections 3161, <u>et seq.</u>, within which trial must commence, the time period of December 1, 2004 through June 23, 2005, should be excluded pursuant to 18 U.S.C. Sections 3161 (h)(8)(A) and (B)(iv) as the requested continuance is necessary to permit defendant the reasonable time necessary for effective preparation of a defense, taking into account the exercise of due diligence.

      h.    The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence, and that the continuance is not based on congestion of the Court's calendar, nor on the lack of

1         diligence on the part of the attorney for the government or

2         the defense, 18 U.S.C. Sections 3161 (h)(8).

3 //

4

5 IT IS SO STIPULATED.

6         Respectfully Submitted,

7         JACK NEIL SWICKARD
        Attorney at Law

8 Dated: _____, 2005     _____

9         Jack Neil Swickard
        Attorney for Defendant

10         JAVIER RAMOS ANAYA

11 Dated: _____, 2005     _____
        DANIEL LINHARDT
        ASSISTANT UNITED STATES ATTORNEY

12         Attorney for Plaintiff
        UNITED STATES OF AMERICA

13

14

15         O R D E R

16    IT IS SO FOUND AND ORDERED THIS 9 DAY OF June, 2005

17

18

19         ____/s/ David F. Levi_____
        HONORABLE DAVID F. LEVI

20         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

- 4 -