```
Jack Swickard (135429)
Attorney At Law
4630 Campus Drive, Suite 201
Newport Beach, CA 92660

Telephone: (949)261-0694

Attorney for the Defendant Javier Anaya
```



FILED
MAR 17, 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　-vs-<br><br>Javier Anaya<br>　　　　　Defendant. | CASE NO. CR-S-03-0062<br><br>**ORDER FOR RECONVEYANCE OF PROPERTY POSTED FOR BOND.** |

As, a United States District Judge I hereby order, the United States Clerk's Office, to release and reconvey any and all property posted for the purposes of bond on the above-enumerated case. Trust Deeds were recorded on 10-10-2003 and bond was accepted shortly hereinafter.

Date: 3/17/2006

U.S. District Court Judge,
United States District Court
For the Eastern District

1